476 A.2d 97

Zanella, Appellant, v. Center Area Sch. Dist., et al.

Petition for Allowance of Appeal
Denied Oct. 18, 1984.

Argued February 8, 1984. T. Richard Zanella, for appellant; John A. Palmieri, for Center Area, appellees; Richard Urich, for Center Bus Lines, appellee; George A. Verlihay, for McCarter, appellee; John Z. Michael, for Mannix, appellee.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

Order of October 22, 1981 affirmed.

May 25, 1984.

476 A.2d 97

Alston v. Alston, Appellant.

Argued October 13, 1983. Ronald J. Harper, for appellant; David Parker I. Brown, III, for appellee.

Before SPAETH, President Judge, and MONTEMURO and POPOVICH, JJ.

Affirmed.